UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:12-cv-20546-WJZ

**BRANDON H. HUCKSTEP,** individually and on behalf of all others similarly situated

    Plaintiff,

v.

**THE MATTRESS FIRM, INC.**, a Florida corporation,
**LUIS PORTILLO**, individually, and
**MILCAN RAY**, individually,

    Defendants.

## JOINT SCHEDULING REPORT

Pursuant to Local Rule 16.1.B of the United States District Court for the Southern District of Florida, by and through the undersigned counsel, on behalf of Plaintiff, BRANDON H. HUCKSTEP, and Defendant THE MATRESS FIRM, INC., hereby file their Joint Scheduling Report, as follows:

a.    The Likelihood of Settlement

    The Parties have agreed to keep settlement discussions open.

b.    The Likelihood of Appearance In the Action of Additional Parties

    At the present time, the Parties do not anticipate adding any additional Parties.

c.    Proposed Limit on the time:

    1.    To join other parties and amend the pleadings:

        The Parties propose a cutoff date of: January 11, 2013

    2.    To file and hear Motions:

        The parties propose a date for motions, including dispositive motions and motions in limine: June 10, 2013

3.     To complete discovery:

        The parties propose a cutoff date of: April 11, 2013

d.     <u>Proposals for the Formulation and Simplification of Issues</u>

        The parties agree to cooperate in trying to simplify the issues through discovery.

e.     <u>The Necessity or Desirability of Amendments to the Pleadings</u>

        At this time, the parties do not anticipate amending the pleadings, especially considering no discovery has been conducted at this time. Any motion(s) to amend will be filed within the time frame set forth above.

f.     <u>The Possibility of Obtaining Admissions of Fact and Documents to Avoid Unnecessary Proof</u>

        The Parties will attempt, in good faith, to obtain admissions of fact, make appropriate stipulations, and exchange documents which will avoid unnecessary proof in this action. The Parties will work to agree on authentication of relevant documents and reserving arguments as to interpretation of such documents, specifically, to documents which originated from each of the Parties and/or their respective representatives/employees. At this time, there is no need for any advance rulings with respect to admissibility of evidence.

g.     <u>Suggestions of the Avoidance of Unnecessary Proof and Cumulative Evidence</u>

        The Parties, where possible and in good faith, shall attempt to streamline the presentation of evidence to advance the case to trial, and to minimize the duration of the proposed trial, as to those facts and evidence where there is no dispute.

h.     <u>Suggestions on the Advisability of Referring Matters to Magistrate Judge or Master</u>

        The Parties do <u>not</u> consent to the referral of discovery motions, motions for costs, motions for attorney's fees, motions for sanctions, motion to dismiss, motion for summary judgment, jury or non-jury trial on merits, or any other matter to the Magistrate Judge. Notwithstanding, when the Parties confer in accordance with Local Rule 7.1 (a)(3), referral of the motion in question to the Magistrate Judge shall be considered if the Parties are not otherwise able to resolve the dispute.

i.     <u>Preliminary Estimate of the Time Required for Trial</u>

        The Parties believe that trial will take 2-3 days.

j.     <u>Requested Date or Dates for Conferences Before Trial A Final Pretrial Conference and</u>

Trial

The Parties propose the following dates;

a.   Final pretrial conference  –  August 23, 2013

b.   Trial – September 9, 2013

k.   Any Other Information That Might Be Helpful to the Court

The Parties have no additional suggestions at this time.

l.   Federal Rule of Civil Procedure 26(a)(1)(A), Initial Disclosures

The Parties have agreed to exchange initial disclosures, pursuant to Federal Rule of Civil Procedure 26(a)(1)(A), by or before January 14, 2012

m.   Southern District of Florida Local Rule 3.8, Notice of Pendency

The Parties agree that this case has not been previously filed and has not been substantially related to another case previously or currently pending before another Court.

DATED:  November 29, 2012

Respectfully submitted,

| MILITZOK & LEVY, P.A._<br>Attorneys for Plaintiff_<br>The Yankee Clipper Law Center<br>3230 Stirling Road, Suite 1<br>Hollywood, Florida 33021<br>(954) 727-8570 - Telephone<br>(954) 241-6857 – Facsimile<br>bjm@mllawfl.com<br><br>By: /s/ Brian Militzok<br>BRIAN J. MILITZOK, ESQ.<br>Fla. Bar No.: 0069993 | RICHESON & COKE, P.A._<br>Attorneys for the Defendant(s)_<br>P.O. Box 4048<br>317 South 2nd Street<br>Fort Pierce, FL 34948<br>(772) 465-5111-- Telephone<br>(772) 466-0378 -- Facsimile<br>richwesonpa@prodigy.net<br><br>By: /s/J. David Richeson<br>J. DAVID RICHESON, ESQ.<br>Fla. Bar No.:175657 |
|---|---|